IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LARRY R. HESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:08-00029 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| BILL HEARD ENTERPRISES, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon joint motion of the parties to stay this action for arbitration (Docket Entry No. 7), this motion is **GRANTED**.

This action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party.

It is so **ORDERED**.

**ENTERED** this the 9th day of April, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge